| | |
|---|---|
| 1 | SAMUEL J. MAY |
| 2 | 1198 East Mountain Oak Cr. |
| 3 | ALPINE, UTAH 84004 |
| 4 | Phone: (760) 809-4504 |
| 5 | Email: sam.may@comcast.net |
| 6 | Plaintiff, *pro se* |

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF America, | ) | CASE NO. 3:10-cv-02577 BZ |
| ex rel. SAMUEL J. MAY, and | ) | |
| | ) | [PROPOSED] ORDER ~~GRANTING~~ DENYING |
| | ) | PLAINTIFF SAMUEL MAY A |
| STATE OF CALIFORNIA, | ) | AND TWENTY DAY EXTENSION |
| ex rel. SAMUEL J. MAY, and | ) | OF TIME TO RETAIN COUNSEL |
| | ) | PRIOR TO DISMISSAL OF CASE |
| | ) | |
| STATE OF COLORADO, | ) | FILED UNDER SEAL |
| ex rel. SAMUEL J. MAY, | ) | |
| | ) | |
| Plaintiffs, | ) | DATE FILED: June 11, 2010 |
| | ) | JUDGE:   Hon. Bernard Zimmerman |
| v. | ) | DEPT.:   G |
| | ) | |
| AMGEN, INC., a Delaware Corporation, | ) | |
| Defendant | ) | |

- 1 -

[PROPOSED] ORDER GRANTING PLAINTIFF SAMUEL MAY A HUNDRED AND TWENTY DAY EXTENSION OF TIME TO RETAIN COUNSEL PRIOR TO DISMISSAL OF CASE

1
2       For the reasons stated by Plaintiff Samuel J. May in his declaration in
3  support of a continuance,
4
5
6       IT IS ~~HEREBY ORDERED~~ that this Request is ~~GRANTED~~.
7  ~~Plaintiff's complaint shall be dismissed on Friday, March 16, 2012 if a notice of~~
8  ~~appearance by an attorney on Plaintiff's behalf is not filed before that day.~~
9
10
11 Dated:
12
         December 5, 2011
13
14 **The Order entered October 31,
   2011 remains in effect.**
15



DENIED
Judge Bernard Zimmerman

- 2 -

**[PROPOSED] ORDER GRANTING PLAINTIFF SAMUEL MAY A HUNDRED AND TWENTY DAY EXTENSION OF TIME TO RETAIN COUNSEL PRIOR TO DISMISSAL OF CASE**