1  SAMUEL J. MAY
2  1198 East Mountain Oak Cr.
3  ALPINE, UTAH 84004
4  Phone: (760) 809-4504
5  Email: sam.may@comcast.net
6  Plaintiff, *pro se*
7
8           IN THE UNITED STATES DISTRICT COURT FOR THE
9               NORTHERN DISTRICT OF CALIFORNIA
10
11 | UNITED STATES OF America,          )   CASE NO. 3:10-cv-02577 BZ
12 | ex rel. SAMUEL J. MAY, and         )
13 |                                    )   [PROPOSED] ORDER GRANTING DENYING
14 |                                    )   PLAINTIFF SAMUEL MAY A
15 | STATE OF CALIFORNIA,               )   AND TWENTY DAY EXTENSION
16 | ex rel. SAMUEL J. MAY, and         )   OF TIME TO RETAIN COUNSEL
17 |                                    )   PRIOR TO DISMISSAL OF CASE
18 |                                    )
19 | STATE OF COLORADO,                 )   FILED UNDER SEAL
20 | ex rel. SAMUEL J. MAY,             )
21 |                                    )
22 | Plaintiffs,                        )   DATE FILED: June 11, 2010
23 |                                    )   JUDGE:   Hon. Bernard Zimmerman
24 |        v.                          )   DEPT.:   G
25 |                                    )
26 | AMGEN, INC., a Delaware Corporation, )
27 |        Defendant                   )
28 |_____)

- 1 -

[PROPOSED] ORDER GRANTING PLAINTIFF SAMUEL MAY A HUNDRED AND TWENTY DAY EXTENSION OF TIME TO RETAIN COUNSEL PRIOR TO DISMISSAL OF CASE

For the reasons stated by Plaintiff Samuel J. May in his declaration in support of a continuance,

IT IS ~~HEREBY ORDERED~~ that this Request is ~~GRANTED.~~
~~Plaintiff's complaint shall be dismissed on Friday, March 16, 2012~~ if a notice of
~~appearance by an attorney on Plaintiff's behalf is not filed before that day.~~

Dated:

December 5, 2011

**The Order entered October 31, 2011 remains in effect.**



DENIED
Judge Bernard Zimmerman

- 2 -

[PROPOSED] ORDER GRANTING PLAINTIFF SAMUEL MAY A HUNDRED AND TWENTY DAY EXTENSION OF TIME TO RETAIN COUNSEL PRIOR TO DISMISSAL OF CASE