UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. SAMUEL J. MAY, et al., <br><br> Plaintiff(s), <br><br> v. <br><br> AMGEN INC., a Delaware Corporation, <br><br> Defendant(s). | No. C10-2577 BZ <br><br> **ORDER DISMISSING CASE FOR LACK OF PROSECUTION** |

This case is a year and a half old. The United States declined to intervene on September 24, 2010. Relator Samuel May has had ample opportunity to find new counsel. On October 31, 2011, he was provided with 60 more days to obtain counsel and file a notice of appearance. He was reminded of this on December 5, 2011. No appearance has been filed. Mr. May has been advised that he cannot maintain this case as a pro se litigant, <u>Stoner v. Santa Clara County Office of Education</u>, 502 F.3d 1116, 1126-27 (9th Circ. 2007), and the court has already provided Mr. May with extensions of time in which to obtain counsel. (<u>See</u> Docket Nos. 21 and 27) **IT IS THEREFORE**

1

1 | **ORDERED** that this matter is **DISMISSED WITHOUT PREJUDICE** for
2 | failure to prosecute.
3 | Dated: January 5, 2012

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\UNDERSEAL V. UNDERSEAL (MAY V. AMGEN)\ORDER DISMISSING CASE.wpd