IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES ex rel. Samuel J. May,

    Plaintiff,

  v.

AMGEN INC.,

    Defendant.

No. C 10-02577 WHA

**ORDER DENYING MOTION TO REOPEN CASE**

This action was assigned to Magistrate Judge Bernard Zimmerman. Judge Zimmerman informed the relator, Samuel May, that he could not proceed *pro se* in this False Claims Act, and he was given two extensions of the deadline to retain counsel. *See Stoner v. Santa Clara County Off. of Educ.*, 502 F.3d 1116, 1126 (9th Cir. 2007). After the second deadline lapsed, Judge Zimmerman dismissed the action for failure to prosecute. Four years later, May now seeks to reopen the case to hold an evidentiary hearing to determine his share of a purportedly related case. May has still not retained counsel, and his filings are untimely and plainly frivolous.

May's motions to reopen the case and hold an evidentiary hearing are **DENIED**.

**IT IS SO ORDERED.**

Dated: July 12, 2016.

                                                      WILLIAM ALSUP
                                                    UNITED STATES DISTRICT JUDGE